UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| AMERICAN RENA INTERNATIONAL CORPORATION, a California corporation; WANZHU "KATHRYN" LI, an individual; ROBERT M. MILLIKEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SIS-JOYCE INTERNATIONAL CO., LTD, a California corporation; ALICE "ANNIE" LIN, an individual; CHRISTINE "NINA" KO, an individual; and DOES 3-10,<br><br>Defendants._____/ | No. MC 13-80142 EMC (LB)<br><br>**ORDER TO SHOW CAUSE** |

On August 5, 2013, the undersigned issued an order granting Plaintiffs' motion to compel Ms. Luong to appear for a deposition and produce documents. *See* Order, ECF No. 9. The court also denied Plaintiffs' motion for a $5,000 sanction without prejudice, noting that sanctions might be appropriate if Ms. Luong did not comply with the court's order. The court also ordered Ms. Luong to either appear on August 15, 2013 to show cause why she should not be held in contempt or make arrangements for her deposition with Plaintiffs' counsel.

On August 15, 2013, Ms. Luong did not appear. The court gives Ms. Luong another opportunity to appear before the court. She must do so on August 22, 2013 at 9:30 a.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 to show cause why she should not be held in contempt for her failure to comply with the subpoena and appear for her deposition.

ORDER
MC 13-80142 EMC (LB)

1  Should Ms. Luong arrange with Plaintiffs' counsel to appear for her deposition before August 22,
2  2013 or on such other date that the parties agree to, the parties must notify the court immediately,
3  and the August 22, 2013 hearing will be vacated, the order to show cause will be discharged, and
4  Ms. Luong will not need to appear on August 22, 2013.

5  Failure to comply with this order to show cause may subject Ms. Luong to the contempt
6  sanctions set forth in the previous section.

7  Plaintiffs' counsel is directed to serve a copy of this order on Ms. Luong and to file proof of
8  service with the court.

9  **IT IS SO ORDERED.**

10  Dated: August 15, 2013

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California